ERIN ORMONDE, # 169942
ATTORNEY AT LAW
2115 KERN STREET, SUITE 101
FRESNO, CA 93721
TEL.: (559) 268-7617
FAX: (559) 268-7619

Attorney for Defendant:
Israel Aguilar

SUPERIOR COURT OF CALIFORNIA, COUNTY OF FRESNO

CENTRAL DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA | State Case No: F09902864 |
| | Federal Case No.: CRF090419 |
| Plaintiffs, | **ORDER FOR TEMPORARY RELEASE OF FEDERAL CUSTODY INMATE ALEX AGUILAR TO STATE COURT CUSTODY** |
| v. | |
| ISRAEL AGUILAR, | |
| Defendant. | |

**TO THE FRESNO COUNTY SHERIFF'S DEPARTMENT:**

IT IS THE ORDER OF THIS COURT THAT THE FRESNO COUNTY SHERIFF'S DEPARTMENT RELEASE FEDERAL INMATE ALEX AGUILAR TO FRESNO COUNTY SUPERIOR COURT CUSTODY IN DEPARTMENT 72 FOR JURY TRIAL IN THE CASE MATTER MENTIONED ABOVE. FEDERAL INMATE ALEX AGUILAR WILL NOT BE NEEDED UNTIL SEPTEMBER 26, 2011 IN FEDERAL COURT, THEREFORE THE COURT ORDERS THAT ALEX AGUILAR SHALL BE MADE AVAILABLE TO TESTIFY AT THE FRESNO COUNTY SUPERIOR COURT, ON WEDNESDAY, SEPTEMBER 7, 2011 AT 8:30 IN DEPARTMENT 72, OR AS SOON THEREAFTER AS HIS TESTIMONY MAY BE NEEDED.

IT IS SO ORDERED         BY: _____

DATE: Sept 1, 2011         HONORABLE JUDGE ANTHONY ISHI

*FILED SEP 01 2011 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA*

| | |
|---|---|
| 1 | **ERIN ORMONDE**, # 169942 |
|   | ATTORNEY AT LAW |
| 2 | 2115 KERN STREET, SUITE 101 |
|   | FRESNO, CA 93721 |
| 3 | TEL.: (559) 268-7617 |
| 4 | FAX: (559) 268-7619 |

Attorney for Israel Aguilar

## SUPERIOR COURT OF THE STATE OF CALIFORNIA,

## COUNTY OF FRESNO

## CENTRAL DIVISION

| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) State Case No: F09902864 |
|---|---|
|  | ) Federal Case No.: CRF090419 |
| Plaintiff, | ) |
|  | ) **TEMPORARY RELEASE OF** |
| vs. | ) **FEDERAL CUSTODY INMATE** |
|  | ) **ALEX AGUILAR TO STATE** |
| ISRAEL AGUILAR, | ) **COURT CUSTODY** |
| Defendant. | ) |
|  | ) |

Federal custody inmate ALEX AGUILAR, JID # 0091436, will not be needed in federal court for his next hearing until September 26, 2011. The undersigned has no opposition to have ALEX AGUILAR produced in State Court to testify in the above matter at the Fresno County Superior Court on Wednesday, September 7, 2011 at 8:30 in Department 72 or soon thereafter as his testimony may be needed.

IT IS SO STIPULATED:

DATED: September 1, 2011

_____
Jared Renfro,
U.S. Attorney

STIPULATION Re CONTINUANCE

# DECLARATION OF ERIN ORMONDE

I, Erin Ormonde, declare as follows:

That I am an attorney licensed to practice in the State of California, and that I am the attorney of record for ISRAEL AGUILAR;

1. On Monday, August 29, 2011, I was informed by Lt. Gil Rodriguez at the Federal Marshalls Office that Alex Aguilar is currently in federal custody;

2. On Monday, August 29, 2011, Lt. Rodriguez stated that Alex Aguilar would be able to testify in state court while his federal case is pending only if approved by the Judge and the U.S. Attorney's Office;

3. On Monday, August 29, 2011, I confirmed with the Federal Court Clerks Office that Alex Aguilar has a case currently pending at the Fresno County Federal Court and his next hearing is set for a status conference on September 26, 2011 at 9:00 a.m.;

4. Mr. Alex Aguilar is considered as a potential witness in the case numbered F09906864 at the Fresno County Superior Court;

5. The next court date for the above case is set for Jury Trial on August 31, 2011 at 8:30 in Department 71;

6. Alex Aguilar will be testifying during the trial;

7. I anticipate that his testimony would be needed on September 1, 2011 at the earliest and more probably on September 7, 2011;

8. I believe that his next Federal appearance is on September 26, 2011; and,

*Declaration*1

ErinOrmonde
2115 Kern Street
Suite 101
Fresno, California 93721

9. I spoke with Federal Defender Peggy Sasso and AUSA Jared Renfro who said that Alex Aguilar's next Federal appearance on September 26, 2011 should not be affected by testifying in the State Court during trial scheduled to begin on September 31, 2011 and estimated to last five days.

I swear under penalty of perjury that the above is true and correct except as to those matters stated on information and belief, and as to those matters I believe them to be true to the best of my knowledge and belief

Executed in Fresno, California on September 1, 2011

*Erin Ormonde*
ERIN ORMONDE, Attorney for
ISRAEL AGUILAR

---

*Declaration2*

ERINORMONDE
2115 Kern Street
Suite 101
Fresno, California 93721